# United States District Court
## Violation Notice

CVB Location Code: **CA61**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6520109 | Kempf | 8015 |

6520109

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 10/21/2017 9:00 AM
Offense Charged: ☒ USC — 16 USC 704(b)(1)

Place of Offense: Butte Creek Farms

Offense Description: Factual Basis for Charge — Take migratory game bird by the aid of baiting; to wit: did take seven wood ducks

### DEFENDANT INFORMATION

Last Name: Simmons
First Name: Matthew
M.I.: R

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
**B** ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$700 Value
$500 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $1,230 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **October 21, 2017** while exercising my duties as a law enforcement officer in the **Eastern** District of **California**

See attached

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10/27/2017** _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident